to a final order in accordance with the views here expressed. See, also, 157 App. Div. 936, 937, 142 N. Y. Supp. 1127; 160 App. Div. 902, 144 N. Y. Supp. 1126; 161 App. Div. 887, 937, 145 N. Y. Supp. 1130.

---

LOMBARDO, Respondent, v. JAMES STEWART & CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frank Lombardo, an infant, etc., against James Stewart & Co., Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

---

LOUCKS, Respondent, v. LOUCKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) Action by Millie Loucks against Frank D. Loucks.. No opinion. Motion granted, and appeals dismissed, with costs.

---

LOUDON, Appellant, v. SOLLING, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by George Loudon against William A. Solling.

PER CURIAM. The evidence presents a question of fact for the jury. Judgment reversed, and new trial granted; costs to abide the event.

---

LYNCH, Respondent, v. MURPHY, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Margaret A. Lynch against Anna Murphy. R. Victor, of New York City, for appellant. B. E. Messler, of New York City, for respondent.

PER CURIAM. Determination (81 Misc. Rep. 180, 142 N. Y. Supp. 373) affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents, on the ground that the contract sued on was not in writing and was void under the statute of frauds. See, also, 148 N. Y. Supp. 1127.

---

McCANN, Respondent, v. CUTLER–WILLIAMS CORPORATION, Appellant. COMMERCIAL ADVERTISER ASS'N v. SAME. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Actions by Alfred W. McCann and the Commercial Advertiser Association against the Cutler-Williams Corporation. M. R. Matheson, of New York City, for appellant. W. H. Pollak, of New York City, for respondents. No opinion. Orders modified, by striking out the provision excluding testimony, and, as modified, affirmed, without costs. Settle orders on notice.

---

McCLINTOCK v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Rebecca McClintock against the City of New York. No opinion. Plaintiff's exceptions unanimously overruled, and complaint dismissed, with costs.

---

McCORMICK v. TYLER. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by William P. McCormick against Frank J. Tyler. No opinion. Motion granted; question certified; order filed. See, also, 148 N. Y. Supp. 1128; 149 N. Y. Supp. 1094.

---

McCORMICK v. TYLER. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by William P. McCormick against Frank J. Tyler. No opinion. Motion for stay granted. Settle order on notice. See, also, 149 N. Y. Supp. 1094.

---

McCREANOR, Respondent, v. CARDINALE, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by John McCreanor against Peter Cardinale, impleaded. L. Lowenstein, of New York City, for appellant. F. A. Gaynor, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

McCUTCHEON, Respondent, v. TERMINAL STATION COMMISSION OF CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) Action by Charles H. McCutcheon against the Terminal Station Commission of the City of Buffalo and others. No opinion. Motion to postpone argument denied, with $10 costs, and argument of appeal set down for September 29th. See, also, 149 N. Y. Supp. 1094.

---

McCUTCHEON, Respondent, v. TERMINAL STATION COMMISSION OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Charles H. McCutcheon against the Terminal Station Commission of Buffalo and others.

PER CURIAM. Order appealed from modified, by requiring that the plaintiff, within five days from the service upon plaintiff's attorneys of a copy of this order and notice of entry thereof, give an undertaking to the effect that the plaintiff will pay to the defendants enjoined such damages, not exceeding the sum of $25,000, as they or either of them may sustain by reason of the injunction, if the court finally decides that the plaintiff was not entitled thereto, and that, upon the plaintiff giving and filing such undertaking, the defendants, and each of them, and their respective officers, directors, agents, attorneys, contractors, representatives, and servants, be enjoined and restrained as stated in said order appealed from; but, if such